HOWARD HARRON, Respondent, v. VERA MCCORD, Appellant.— Application

denied, with ten dollars costs, and stay vacated. Order signed. Present —
Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.